**No. 59185.**—Importsales, Inc. v. United States, protest 239494–K (New York).

Opinion by EKWALL, J. At the hearing, the amended memorandum of the collector was received in evidence. Said memorandum states, that following the appraiser's amended description, the merchandise would now be properly classified as free of duty under paragraph 1810. On the record presented, the claim of the plaintiff was sustained.

**No. 59186.**—American Handicrafts Co., Inc. v. United States, protest 247221–K (New York).

Opinion by EKWALL, J. Since no appeal for reappraisement was filed, it was held that the court, sitting in classification, is without jurisdiction over questions of value. The importer having failed to avail itself of the remedy provided for by section 501, Tariff Act of 1930, the protest was dismissed.

**No. 59187.**—Close and Stewart v. United States, protest 173158–K (Seattle).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.